JOHN PENN v. STATE OF NEW JERSEY, BOARD OF TRUSTEES, PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

July 15, 1980.

Petition for certification denied.

LEONIDAS EXADAKTILOS v. CINNAMINSON REALTY CO., INC.

July 15, 1980.

Petition for certification denied.   (See 173 *N.J.Super.* 559)

STATE OF NEW JERSEY v. WILLIAM MOORE.

July 15, 1980.

Petition for certification denied.

ERNO JURAY v. METROPOLITAN DRY WALL FINISHERS.

July 15, 1980.

Petition for certification denied.